RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/11/07

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-60078-001 |
| VERSUS | JUDGE HAIK |
| JOHNAS BELL | MAGISTRATE JUDGE HILL |

### ORDER

UPON CONSIDERATION of the UNOPPOSED MOTION, WITH INCORPORATED MEMORANDUM, TO CONTINUE TRIAL DATE, filed by the defendant, JOHNAS BELL;

IT IS HEREBY ORDERED that the trial of the above-captioned matter is continued from its present fixing of October 1, 2007.

The defendant has signed and executed a Waiver of Speedy Trial Act.

Further, it is the finding of this Court, after an "ends of justice" analysis pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

THUS DONE AND SIGNED, this 11th day of September, 2007, Lafayette, Louisiana.

RICHARD T. HAIK
Chief United States District Judge

COPY SENT
DATE 9/11/07
BY GB
TO USM
    USA
    CC
    CO